| | |
|---|---|
| 1 | WARRINGTON S. PARKER (CSBN 148003) |
|  | wparker@orrick.com |
| 2 | SHARON E. FRASE (CSBN 282923) |
|  | sfrase@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 405 Howard Street |
| 4 | San Francisco, CA 94105-2669 |
|  | Tel: (415) 773-5700/Fax: (415) 773-5759 |
| 5 | |
|  | Attorneys for Defendant |
| 6 | ROGELIO REAL |
| 7 | RANDY SUE POLLOCK (CSBN 64493) |
|  | Attorney at Law |
| 8 | 286 Santa Clara Avenue |
|  | Oakland, CA 94610 |
| 9 | Tel: (510) 763-9967/Fax: (510) 380-6551 |
|  | rsp@rspollocklaw.com |
| 10 | |
|  | Attorney for Defendant |
| 11 | JUAN CARLOS GARCIA GOMEZ |
| 12 | MARTIN A. SABELLI (CSBN 164772) |
|  | Law Offices of Martin A. Sabelli |
| 13 | 740 Noe Street |
|  | San Francisco, CA 94114 |
| 14 | Tel: (415) 298-8435/Fax: (415) 520-5810 |
|  | msabelli@sabellilaw.com |
| 15 | |
|  | Attorney for Defendant |
| 16 | JAIRO HERNANDEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR14-0120 EMC |
|  | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | SENTENCING DATE; |
| vs. | ) | [PR~~OPOSE~~D ORDER] |
|  | ) | |
| ROGELIO REAL, JUAN CARLOS GARCIA- | ) | |
| GOMEZ, and JAIRO HERNANDEZ, et al. | ) | |
|  | ) | |
| Defendants. | ) | |

Defendants ROGELIO REAL, by and through counsel Warrington S. Parker, III, and Sharon

E. Frase; JUAN CARLOS GARCIA-GOMEZ, by and through counsel Randy Sue Pollock; JAIRO

HERNANDEZ, by and through counsel Martin A. Sabelli, and Assistant United States Attorney

---

STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER                1

1  Andrew Scoble HEREBY STIPULATE to continue the date for sentencing from January 18, 2017 to
2  February 22, 2017.  Continuing the case for sentencing will provide defense counsel sufficient time
3  to prepare for these proceedings.  U.S. Probation Officer Jill Polish Spitalieri has no objection to this
4  continuance.

5  **SO STIPULATED.**

7  DATED:  December 27, 2016          /s/
                                       ANDREW M. SCOBLE
8                                      Assistant United States Attorney

9
   DATED:  December 27, 2016          /s/
10                                     WARRINGTON S. PARKER, III
                                       SHARON E. FRASE
11                                     Counsel for Rogelio Real

12
   DATED:  December 27, 2016          /s/
13                                     RANDY SUE POLLOCK
                                       Counsel for Juan Carlos Garcia-Gomez
14

15 DATED:  December 27, 2016          /s/
                                       MARTIN A. SABELLI
16                                     Counsel for Jairo Hernandez

17

18 [PR~~OPO~~SED] ORDER

19     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that sentencing proceedings as
20 to defeats ROGELIO REAL, JUAN CARLOS GARCIA-GOMEZ and JAIRO HERNANDEZ,
21 currently set for January 18, 2017, be vacated and continued to February 22, 2017.  (at 2:30 p.m.)

22     **SO ORDERED.**

24 DATED:  January 3, 2017

                                       HON.                          HEN
25                                     UNIT   IT IS SO ORDERED       OURT
                                              AS MODIFIED
                                              Judge Edward M. Chen