1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Telephone: (510) 763-9967
   Facsimile:  (510) 380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   JUAN CARLOS GARCIA-GOMEZ
6
   MARTIN SABELLI
7  Attorney at Law [CSBN 164772]
   740 Noe Street
8  San Francisco, CA 94114-2923
   Telephone: (415)-296-8435
9  msabelli@sabellilaw.com

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | **CASE NO. 14-120-EMC** |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |
| JUAN CARLOS GARCIA-GOMEZ and JAIRO HERNANDEZ | |
| Defendant | |

Defendant Juan Carlos Garcia-Gomez, by and through his counsel of record Randy Sue Pollock, and Jairo Hernandez, by and through his counsel Martin Sabelli, hereby request that sentencing that is presently set for February 22, 2017 be continued to June 14, 2017 at 2:30 p.m.   This request is to allow counsel additional time to obtain

medical and school records that are necessary for the sentencing.

    Assistant United States Attorney Andrew Scoble and United States Probation Officers Monica Romero and Jill Polish Spitalieri have no objection to this request.

Date: February 2, 2017                        Respectfully submitted,

                                                    /s/
                                      RANDY SUE POLLOCK
                                      Counsel for Defendant
                                      Juan Carlos Garcia Gomez

Date: February 2, 2017                         /s/
                                      MARTIN SABELLI
                                      Counsel for Defendant
                                      Jairo Hernandez

Date: February 2, 2017                         /s/
                                      ANDREW SCOBLE
                                      Assistant United States Attorney

**SO ORDERED:**

HON. EDWARD M. CHEN
United States District Court

IT IS SO ORDERED
Judge Edward M. Chen