1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Telephone: (510) 763-9967
   Facsimile:  (510) 380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   JUAN CARLOS GARCIA-GOMEZ
6
   MARTIN SABELLI
7  Attorney at Law (CSBN 164772)
   740 Noe Street
8  San Francisco, CA 94114-2923
   Telephone: (415)-296-8435
9  msabelli@sabellilaw.com

10 Attorney for Defendant
   JAIRO HERNANDEZ
11
   ERIN CRANE
12 Attorney at Law (CSBN 145661)
   819 Eddy Street
13 San Francisco, CA 94109
   Telephone: (415) 412-8728
14 erincrane@sbcglobal.net

15 Attorney for Defendant
   ROGELIO REAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 14-120-EMC** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING** |
| JUAN CARLOS GARCIA-GOMEZ and JAIRO HERNANDEZ | |
| Defendant | |

Defendant Juan Carlos Garcia-Gomez, by and through his counsel of record Randy Sue Pollock, Jairo Hernandez, by and through his counsel Martin Sabelli, Rogelio Real, by and through his counsel Erin Crane and Assistant United States Attorney Andrew Scoble hereby request that sentencing that is presently set for August 30, 2017 at 10 a.m. be continued to September 27, 2017 at 2:30 p.m. [10:00 a.m.] This request is to allow counsel additional time to prepare for sentencing and to convenience the schedules of the two United States probation officers who will be present at sentencing.

United States Probation Officers Monica Romero and Jill Polish Spitalieri have no objection to this request.

Date: July 1, 2017                Respectfully submitted,

                                  /s/
                                  RANDY SUE POLLOCK
                                  Counsel for Defendant
                                  Juan Carlos Garcia Gomez

Date: July 1, 2017                /s/
                                  MARTIN SABELLI
                                  Counsel for Defendant
                                  Jairo Hernandez

Date: July 1, 2017                /s/
                                  ERIN CRANE
                                  Counsel for Defendant
                                  Rogelio Real

Date: July 1, 2017                /s/
                                  ANDREW SCOBLE
                                  Assistant United States Attorney

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date: July 6, 2017

IT IS SO ORDERED
Judge Edward M. Chen

2