UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CARLOS GARCIA-GOMEZ,<br>Defendant. | Case No. 14-cr-00120-EMC-5<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO LIFT STAY**<br><br>Docket No. 1081 |

Defendant Juan Carlos Garcia-Gomez filed a motion under 28 U.S.C. § 2255 to be resentenced without Count 4 of his superseding indictment, to which he pleaded guilty to using, carrying, or possessing a firearm in relation to "a crime of violence" in violation of 18 U.S.C. § 924(c)(1)(A). Docket No. 1032. The Court stayed proceedings pending the Supreme Court's resolution of the question whether the definition of "crime of violence" in § 924(c) is unconstitutionally vague. Docket No. 1047. The Supreme Court has now held the definition is, indeed, unconstitutionally vague. *United States v. Davis*, 139 S. Ct. 2319, 2336 (2019).

Accordingly, the Court hereby **ORDERS** that the stay is lifted. The United States is ordered to show cause, by **September 9, 2019**, why Mr. Garcia-Gomez's conviction and sentence for Count 4 should not be vacated in light of *Davis*. Mr. Garcia-Gomez may file a reply by **October 9, 2019**.

This order disposes of Docket No. 1081.

**IT IS SO ORDERED**.

Dated: July 10, 2019

EDWARD M. CHEN
United States District Judge