UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF,

V.

CASE NO. 14-CR-00120-EMC-5

JUAN CARLOS GARCIA-GOMEZ
DEFENDANT

FILED
OCT 01 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GARCIA-GOMEZ REQUES TO VACATE COUNT 4 AND RESENTENCE GARCIA-GOMEZ IN LIGHT OF DAVIS

THE DEFENDANT, JUAN CARLOS GARCIA-GOMEZ, HEREBY PRO-SE, MOVES THIS COURT TO VACATE COUNT 4 AND ORDER A RESENTENCE IN LIGHT OF SUPREME COURT RULING ON UNITED STATES V. DAVIS, 139 S.CT. 2319, 2336 (2019). GARCIA-GOMEZ FOLLOWS:

1. On July 10, 2019, this Honorable Court filed an order granting Garcia-Gomez's motion to lift stay, and further order the Government to show cause by September 9, 2019, as to why Garcia-Gomez's conviction and sentence for Count 4 should not be vacated in light of Davis.

2. To date, the Government has not provided Garcia-Gomez with a copy of an opposition as to "why his conviction and sentence should not be vacated in light of Davis."

3. IN AN ABUNDANCE OF CAUTION, GARCIA-GOMEZ IS REQUESTING THIS COURT TO VACATE COUNT 4 AND ORDER A RESENTENCE IN LIGHT OF DAVIS.

## CONCLUSION

WHEREFORE, THIS COURT SHALL GRANT THIS MOTION FOR IT IS MADE IN GOOD FAITH AND IN COMPLIANCE OF UNITED STATES SUPREME COURTS PRECEDENT.

## CERTIFICATION OF SERVICE

I, HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY THAT WAS PLACED IN THE PRISON'S MAILBOX ON THIS 23TH DAY OF SEPTEMBER, 2019 TO BE MAILED TO THE CLERKS OF COURTS, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA 94102.

x *Juan Carlos Garcia-Gomez*
JUAN CARLOS GARCIA-GOMEZ

FCC Coleman, Florida Sumter County

Subscribed and sworn before me this
22nd day of September, 20 19.
*Kellyn Miller*
Unit Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC & 4004.)

